UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**DRINKER BIDDLE & REATH LLP**
Michael O. Adelman (MA 3920)
Deborah L. Shuff (DS 9470)
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 360-1100
Attorneys for Plaintiff Champion Laboratories, Inc.

| | |
|---|---|
| CHAMPION LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> METEX CORPORATION and IVY EQUITIES, INC., et al. <br><br> Defendants. | **(Document Electronically Filed)** <br><br> CIVIL ACTION: 02-5284 (WHW) <br><br> **CERTIFICATION OF SERVICE** |

I, MICHAEL O. ADELMAN, a member of the bar of this Court, hereby certify that I caused a true copy of the foregoing, Plaintiff Champion Laboratories, Inc.'s ("Champion") Reply Brief in Further Support of Relief under Rules of Civil Procedure 59(a)(2) and 52(b) in the captioned action on behalf of Champion to be served by ECF upon all counsel of record.

|  |  |
|---|---|
| Dated: September 25, 2009 | **DRINKER BIDDLE & REATH LLP** <br><br> s/ Michael O. Adelman (MA 3920) <br> Michael O. Adelman (MA 3920) <br> Deborah L. Shuff (DS 9470) <br> 500 Campus Drive <br> Florham Park, New Jersey 07932 <br> (973) 360-1100 <br> Facsimile: (973) 360-9831 <br> Michael.Adelman@dbr.com <br> Deborah.Shuff@dbr.com <br> *Attorneys for Plaintiff Champion Laboratories, Inc.* |

PHLIT/ 1188385.1